UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:08-MJ-2070 |
| V. ) | (GUYTON) |
| ) | |
| JAIME ROBLES, ) | |
| ) | |
| Defendant. ) | |

O R D E R

This matter came before the undersigned for a preliminary hearing pursuant to Fed. R. Cr. P. 5.1 on October 1, 2008. Tracy Stone, Assistant United States Attorney, was present representing the government and Kim Tollison was present representing the defendant. The defendant also was present. At the hearing, FBI Special Agent Richard Calcagno testified as to drug trafficking between the defendant and a confidential informant regarding multiple kilograms of cocaine, and also regarding the execution of a search warrant at the defendant's residence which yielded over half a kilogram of cocaine and a firearm with a loaded clip. Special Agent Calcagno also testified regarding statements and admissions made by the defendant thereafter regarding his selling of cocaine and possession of a firearm.

Based on the testimony and evidence presented at the hearing, the Court finds there is probable cause to believe the charged offenses were committed and that they were committed by defendant Robles. In particular, the Court finds there is probable cause to believe defendant Robles did possess with intent to distribute 500 grams or more of cocaine and did possess a firearm in furtherance of a drug trafficking crime.

Accordingly, it is **ORDERED** that the defendant Robles is therefore held to answer in the District Court.

**IT IS SO ORDERED:**

ENTER:

_s/ H. Bruce Guyton_
United States Magistrate Judge